[Nos. 12709–1–II; 14106–0–II.   Division Two.   January 3, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD B. CHAPIN, *Appellant.*

Appeals from judgments of the Superior Court for Pacific County, No. 88–1–00074–1, Joel M. Penoyar, J., entered March 24, 1989 and July 17, 1990. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 23660–1–I.   Division One.   January 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS BAJA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03833–0, Liem E. Tuai, J., entered February 7, 1989. *Affirmed* by unpublished opinion per Winsor, J. Pro Tem., concurred in by Pekelis and Baker, JJ.

[Nos. 25278–0–I; 25309–3–I.   Division One.   January 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK JOHN FRANCIS PRESLEY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. BARRY ALLEN PRESLEY, *Appellant.*

Appeals from judgments of the Superior Court for Whatcom County, No. 89–1–00356–5, David A. Nichols, J., entered November 15 and 22, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Winsor, J. Pro Tem.